# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 137 - 1 | **DATE** | 6/16/2004 |
| **CASE TITLE** | United States vs. Mikos | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter attached scheduling order. Defendant's motion for extension of time for the filing of report of ballistics and toolmarks expert [183-1] is stricken as moot.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | JUN 22 2004 | |
| | Notified counsel by telephone. | | date docketed | 194 |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| ad | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) ) ) | 02 CR 137-1 |
| v. | ) ) | Judge Ronald A. Guzmán |
| RONALD MIKOS, | ) ) | |
| Defendant. | ) ) | |

DOCKETED
JUN 2 2 2004

## MEMORANDUM OPINION AND ORDER

As discussed at the June 3, 2004 motion hearing, the Court is dismayed by the number of motions for extensions filed in this case to date. As a result, the parties were directed to propose a schedule setting forth deadlines for resolving all remaining issues prior to the April 13, 2005 trial date. The Court advised the parties that these would be considered "drop-dead" deadlines and would not be extended for any reason. Both sides have now submitted proposed scheduling orders, which were discussed at the June 16, 2004 status conference. Accordingly, it is hereby ordered that the case shall proceed under the following deadlines:

1. June 30, 2004        Government's summary of expert Charles Peters' testimony.

2. July 30, 2004        Defendant's response to Peters' testimony (¶ 1), including expert summary and/or filing of evidentiary motion.

3. August 2, 2004       Status hearing to address any dispute as to Peters' testimony.

4. August 20, 2004      Government's response to any motion filed regarding Peters' testimony. (¶ 2).

1

194

| | | |
|---|---|---|
| 5. | September 1, 2004 | Mutual disclosure of all remaining expert testimony, except mental health experts. |
| 6. | September 10, 2004 | Defendant's reply regarding Peters' testimony. (¶ 4). |
| 7. | November 1, 2004 | Defendant's notice of intent to present an insanity defense, including expert reports and documents reviewed by defense experts. |
| 8. | December 1, 2004 | Defendant's mental health expert disclosure for penalty phase, including expert reports and documents reviewed by defense experts (remains sealed until penalty phase). |
| 9. | December 10, 2004 | Responses to any expert testimony disclosed under ¶ 5. |
| 10. | January 7, 2005 | Any *Daubert* motions on expert testimony, except mental health experts. |
| 11. | January 14, 2005 | Government's FED. R. CRIM. P. 404(b) disclosure and *Santiago* proffer. |
| 12. | January 21, 2005 | Responses to any *Daubert* motions. (¶ 10). |
| 13. | January 28, 2005 | Replies to any *Daubert* responses. (¶ 12). |
| 14. | February 14, 2005 | Motions in limine, except regarding insanity defense. |
| 15. | February 28, 2005 | Government's summary of expert testimony in response to insanity defense. (¶ 7). |
| 16. | March 7, 2005 | Responses to motions in limine. (¶ 14). Joint filing of proposed jury instructions. |
| 17. | March 8, 2005 | Government tenders witness lists, exhibits and summary reports for |

both trial and penalty phases.

| | | |
|---|---|---|
| 18. | March 11, 2005 | Defendant tenders witness lists, exhibits and summary reports for both trial and penalty phases. (¶ 17). |
| 19. | March 14, 2005 | Replies to motions in limine. (¶ 16). |
| 20. | March 16, 2005 | Joint filing of witness lists, exhibits and summary reports for both trial and penalty phases, with objections. (¶¶ 17-18). |
| | | Mutual 18 U.S.C. § 3500 and *Giglio* disclosures for trial and penalty phase witnesses. |
| 21. | March 21, 2005 | Any motions relating to any insanity defense and related expert disclosures. (¶¶ 7, 15). |
| 22. | March 23, 2005 | Pretrial conference. |
| 23. | March 28, 2005 | Responses to any motions filed under ¶ 21. |
| 24. | April 4, 2005 | Prospective jurors gather and complete juror questionnaire. |
| 25. | April 13, 2005 | Government's response to defendant's mental health expert disclosures for penalty phase (remains sealed until penalty phase). (¶ 8). |

Trial commences with group and individual voir dire.

SO ORDERED.

ENTERED: 6/16/04

*[signature]*
HON. RONALD A. GUZMAN
United States Judge